UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NING XIANHUA,<br><br>            Plaintiff,<br><br>      v.<br><br>OATH HOLDINGS, INC., et al.,<br><br>            Defendants. | Case No. 20-CV-06185-LHK<br><br>**CASE MANAGEMENT ORDER** |

On September 29, 2021, the parties filed a joint case management statement. ECF No. 54. The Court continues the October 6, 2021 Case Management Conference to January 19, 2022 at 2:00 p.m. The parties shall file a joint case management statement by January 12, 2022.

The Court reproduces the schedule below for the convenience of the parties.

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | 30 days after Court order on Second MTD |
| Deadline to Complete Private Mediation | 30 days after Court order on Second MTD |
| Deadline to file Stipulation of Dismissal or Joint Settlement Status Report | 40 days after Court order on Second MTD |
| Close of Fact Discovery | June 15, 2022 |
| Opening Expert Reports | July 14, 2022 |

1

Case No. 20-CV-06185-LHK
CASE MANAGEMENT ORDER

| Rebuttal Expert Reports | August 11, 2022 |
|---|---|
| Close of Expert Discovery | September 12, 2022 |
| Last Day to File Dispositive Motions (one per side in the entire case) | October 10, 2022 |
| Hearing on Dispositive Motions | November 17, 2022 |
| Final Pretrial Conference | January 12, 2023 |
| Jury Trial | February 6, 2023 |
| Length of Jury Trial | 8 days |

**IT IS SO ORDERED.**

Dated: September 30, 2021

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No. 20-CV-06185-LHK
CASE MANAGEMENT ORDER